**ORDR**
**BERNSTEIN AND POISSON**
CHRISTOPHER D. BURK, ESQ.
Nevada Bar No.: 8976
320 South Jones Blvd.
Las Vegas, Nevada 89107
(702) 256-4566
Attorneys for Petitioner

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| Michelle Brown, as mother and guardian of minor Brittany Brown<br><br>Plaintiff,<br><br>vs.<br><br>Carex Health Products; Carex Health Products, Inc. and The Original BedBuddy, Wal Mart Stores, Inc. and DOE Defendant Name for Bed Buddy Manufacturer, and DOES 3 through 100; And ROE CORPORATIONS 101 through 200<br><br>Defendant. | CASE NO.: 2:13-cv-00635-VCF |

### ORDER GRANTING PETITIONER'S MINOR COMPROMISE

Petitioner, above named, by and through their attorney of record, CHRISTOPHER D. BURK ESQ., of the law offices of BERNSTEIN & POISSON, having moved the Court for the approval of minor's claims pursuant to NRS 41.200 et .seq. ; the Court having considered the papers and petition herein; and after being fully informed in the matter; and finding good cause; the Court GRANTS said petition and ORDERS as follows:

1. Funds deposited in the blocked trust at FDIC approved Nevada Financial Institution shall not be liquidated or diminished prior to or after the minor reaching the age of eighteen (18) years without court approval upon showing that the withdrawal is in the best interests of the minor child.

2. Proof that the settlement funded by Apex Medical Corporation shall not be liquidated or diminished prior to or after the minor reaching the age of eighteen (18) years without court approval upon showing that the withdrawal is in the best interests of the minor child.

3. Authority to establish the blocked trust account for the benefit of the herein named minor is hereby given to the Petitioner and the law firm of Bernstein & Poisson, or its representative.

4. Petitioner and Bernstein & Poisson shall cause, within sixty (60) days of the date of this order, proof to be filed with this court that the blocked trust account has been established

5. A status check before this court is set for January 2, 2014 at the hour of 10:00 am to show compliance with this Order. In the event the proof of compliance has been filed with this court, it will not be necessary for the Petitioner or Bernstein & Poisson to attend this status check hearing.

6. IT IS FURTHER ORDERED that the trustee or petitioner may be ordered by this court to file periodic certified annual reports, should the court deem it appropriate, in order to detail the activities of the blocked trust account during the previous twelve (12) months pursuant to NRS 41.200(5).

7. IT IS FURTHER ORDERED that Petition, **Michelle Brown**, is hereby allowed to continue to serve as guardian ad litem for the minor child, without bond for the limited purpose of administering the funds of the minor child, as provided herein.

8. The medical specials are to be paid as follows:
    a. **Mt. View Pediatrics**-$0.00
    b. **University Medical Center**–$ 0.00
    c. **Center Emergency Physicians** –$ 0.00

9. Attorney's fees are 40% by contract of the Settlement/Total Recovery <u>Bernstein & Poisson</u>; will receive $7,000.00 in fees and costs of $658.84 from the <u>settlement of $ 17,500 to minor</u>.

10. Medicaid holds a lien for $135.73

Accordingly, THE COURT **HEREBY GRANTS** said petition, the deposit of the minor's settlement funds in the amount of $9,705.43 into blocked financial account **BANK OF AMERICA, 5950 W. Sahara Avenue, Las Vegas, NV 89146. BANK OF AMERICA is a FDIC approved bank in the State of Nevada.** The Court finding said compromise to be in the best interest of said minors pursuant to NRS 41.200 *et. seq.*

Attorney Chris Burk, Esq. is authorized by this court to open the account and deposit the funds into the blocked account.

DATED October 21, 2013.

_____
UNITED STATES DISTRICT JUDGE

**Prepared by:**

**BERNSTEIN AND POISSON**

_____
CHRISTOPHER D. BURK, ESQ.
Nevada Bar No.: 8976
320 South Jones Blvd.
Las Vegas, Nevada 89107
(702) 256-4566
Attorneys for Petitioner